# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| DARLENE C. BALISTRERI-AMRHEIN, et al. § § § | |
| v. § | CIVIL ACTION NO. 4:23-CV-00776-ALM-AGD |
| § § | |
| UNIVERSAL INSURANCE COMPANY OF NORTH AMERICA, et al. § § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 26, 2024, the Report of the Magistrate Judge, (Dkt. #11), was entered containing proposed findings of fact and recommendation that Plaintiffs' Motions (Dkt. #3, #5, #6, #7) be denied as moot and Plaintiffs' case be dismissed with prejudice.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** Plaintiffs' Motions (Dkt. #3, #5, #6, #7) are **DENIED AS MOOT** and Plaintiffs' case is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

SIGNED this 18th day of September, 2024.

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE